# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**MARCO D. STEWART**             **PLAINTIFF**

**VS.**        **CIVIL ACTION NO. 4:14-CV-00120-DMB-JMV**

**COAHOMA COUNTY, MS, ET AL**        **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant Coahoma County, Mississippi, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that City of Clarksdale, Mississippi; Arthur Coleman; Solomon Gray, and John Rybolt are hereby dismissed *with prejudice*, with each party to bear their own costs.

Submitted on this, the 13th day of January, 2015.

| | |
|---|---|
| /s/ *Melvin D. Miller* | /s/ *Jeff Allen* |
| Melvin D. Miller, II (MBN 103835) | R. Jeff Allen (MBN 10593) |
| melvindmiller@cableone.net | rjallen@huntross.com |
| PITTMAN LAW OFFICE, PLLC | HUNT ROSS & ALLEN |
| P.O. Box 1670 | P.O. Box 1196 |
| Clarksdale, MS 38614 | Clarksdale, MS 38614 |
| 662-624-6680 (phone) | 662-627-5251 (phone) |
| *Attorney for Plaintiff* | *Attorney for Defendant Coahoma County, MS* |