IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARCO D. STEWART**                                                                        **PLAINTIFF**

**V.**                                                    **NO. 4:14-CV-00120-DMB-JMV**

**COUNTY OF COAHOMA COUNTY,
MISSISSIPPI; CITY OF CLARKSDALE,
MISSISSIPPI; JOHN RYBOLT, in his
capacity as Constable and individually;
SOLOMON GRAY, individually; and
ARTHUR COLEMAN, individually**                                              **DEFENDANTS**

## FINAL JUDGMENT

In light of the Joint Stipulation of Dismissal with Prejudice filed by the plaintiff [16], this case is fully and finally **DISMISSED with prejudice**, with each party to bear its own costs**.**

SO ORDERED, this the 13th day of January, 2015.

                                                             **/s/ Debra M. Brown**
                                                             **UNITED STATES DISTRICT JUDGE**