IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARCO D. STEWART**                                                                         **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO. 4:14-CV-00120-DMB-JMV**

**COAHOMA COUNTY, MS**                                              **DEFENDANT**

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant, by and through their respective counsel of record, and hereby agree and stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action shall be, and the same is hereby dismissed *with prejudice*, with each of the parties to bear their own costs.

Submitted on this, the 19th day of October, 2015.

_____          _____
Melvin D. Miller, II (MBN 103835)           R. Jeff Allen (MBN 10593)
melvindmiller@cableone.net                 rjallen@huntross.com
PITTMAN LAW OFFICE, PLLC             HUNT ROSS & ALLEN
P.O. Box 1670                                  P.O. Box 1196
Clarksdale, MS 38614                       Clarksdale, MS 38614
662-624-6680 (phone)                      662-627-5251 (phone)
*Attorney for Plaintiff*                          *Attorney for Defendant*