IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MARCO D. STEWART**                                                                   **PLAINTIFF**

**V.**                                                               **NO. 4:14-cv-00120-DMB-JMV**

**COUNTY OF COAHOMA COUNTY,
MISSISSIPPI**                                                                               **DEFENDANT**

## FINAL JUDGMENT

On October 19, 2015, the parties filed a "Stipulation of Dismissal with Prejudice" in which they "stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action shall be, and the same is hereby dismissed with prejudice, with each of the parties to bear their own costs." Doc. # 39. In consideration of the stipulation of dismissal, this matter is **DISMISSED** with prejudice, with each party to bear its own costs.

SO ORDERED, this 20th day of October, 2015.

                                                   **/s/ Debra M. Brown**
                                                   **UNITED STATES DISTRICT JUDGE**